UNITED STATES of America, Appellee, v. Gustave FREEMAN, alias Gustave Frishman, alias Gustave Freymann, alias Freiman, Appellant. *

No. 331.

Circuit Court of Appeals, Second Circuit.
April 6, 1936.

Louis Halle, of New York City (Milton R. Kroopf, of New York City, on the brief), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Seymour Miller Klein, Asst. U. S. Atty., and Paul Nulle, Sp. Asst. U. S. Atty., both of New York City, of counsel), for the United States.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of United States v. McGuire, 64 F.(2d) 485 (C.C.A.2).

UNITED STATES of America, Appellant, v. Verda LOPP, Administratrix, et al.

No. 10632.

Circuit Court of Appeals, Eighth Circuit.
March 23, 1936.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for the United States.

Goldman & Daley and Alexander D. Saper, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

UNITED STATES of America, Complainant-Respondent, v. John TALLUTO, Defendant-Appellant.

No. 303.

Circuit Court of Appeals, Second Circuit.
April 6, 1936.

Thomas L. Newton, of Buffalo, N. Y., for appellant.

George L. Grobe, U. S. Atty., of Buffalo, N. Y. (John S. Carriero, Asst. U. S. Atty., of Buffalo, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.